IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

ANDRE' P. LESTER )
)
v. ) NO. 3:05-0770
) JUDGE CAMPBELL
MICHAEL CHERTOFF )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 3), dated March 1, 2006, to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Report and Recommendation (Docket No. 3) is ADOPTED and APPROVED. Accordingly, this action is DISMISSED without prejudice. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE